Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>       Plaintiff,<br><br>       vs.<br><br>TWM/FRESNO, LLC, dba CARL'S JR., RI-CLOVIS, LLC,<br><br>       Defendants. | No. 1:09-CV-01633-LJO-DLB<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to District Judge<br>Lawrence J. O'Neill<br><br>Complaint filed: September 15, 2009<br>Second Amended Complaint filed: January 13, 2010 |

Plaintiff Daniel Delgado, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants TWM/FRESNO, LLC dba CARL'S JR., RI-CLOVIS, LLC, through their attorneys, CALL & JENSEN, Newport Beach, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: April 27, 2010                        /s/Tanya Levinson Moore
                                            Tanya E. Levinson Moore

                                            Attorney for Plaintiff

*Delgado v. TWM/Fresno, LLC, et al.*

Stipulation for Dismissal

1
2  //
   //
3  Date: April 27, 2010                               CALL & JENSEN
4
5                                                     /s/Ryan M. McNamara
                                                      Ryan McNamara, Esq.
6                                                     Attorney for Defendants
7
                                            **ORDER**
8
9  THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT
   the above-captioned action be dismissed with prejudice.  The clerk is directed to
10 close this action.
11
12
13  IT IS SO ORDERED.
14
    **Dated:   April 27, 2010              /s/ Lawrence J. O'Neill**
15                                         UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26

*Delgado v. TWM/Fresno, LLC, et al.*

Stipulation for Dismissal